# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| Case No.: | 5:25-CV-02033-SB-AGR | Date: | August 22, 2025 |
|---|---|---|---|

**Title:** Long Ton v. Kristi Noem et al

**Present: The Honorable STANLEY BLUMENFELD, JR., U.S. District Judge**

| Lynnie Fahey | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Stacy Eva Tolchin | Daniel A Beck |

**Proceedings: (Minutes of)** Motion for Preliminary Injunction [4] **(Held and completed)**

      The Court heard argument from counsel on Petitioner's motion for a preliminary injunction (Dkt. No. 4). The Court took the matter under submission.

0:33